In the Matter of the Transfer Tax upon the Estate of CHARLES B. WHITING, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; CONNECTICUT TRUST AND SAFE DEPOSIT COMPANY, as Executor, Respondent.

*Matter of Whiting,* 139 App. Div. 905, affirmed.
(Argued November 17, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June

24, 1910, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax on the estate of Charles B. Whiting, deceased. The question involved was whether, for any purposes of taxation under the Taxable Transfers Act, the increase or diminution in value of assets between the date of death and the time of distribution may be considered.

*Thomas B. Casey* and *John S. Jenkins* for appellant.

*Thomas Mills Day* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.